UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PATRICK CONETTA,<br><br>    Plaintiff,<br><br>v.<br><br>SAN DIEGO UNIFIED PORT DISTRICT, INCORPORATED, *et al.*<br><br>    Defendants. | Civil No. 09cv1903-L(RBB)<br><br>**ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS AND DENYING REQUEST FOR APPOINTMENT OF COUNSEL** |

    Plaintiff, proceeding *pro se*, filed a complaint pursuant to the Americans with Disabilities Act, a motion to proceed *in forma pauperis* ("IFP Motion") and a request for appointment of counsel. For the reasons which follow, the IFP Motion is **GRANTED** and the request for appointment of counsel is **DENIED**.

    All parties instituting any civil action, suit or proceeding in a United States District Court must pay a filing fee. *See* 28 U.S.C. § 1914(a). An action may proceed despite a plaintiff's failure to prepay the fee only if the plaintiff is granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a). *See Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999). Plaintiff's declaration shows he has insufficient income and assets to pay the filing fee. Accordingly, Plaintiff's IFP Motion is **GRANTED**.

    Plaintiff also requested appointment of counsel to represent him in this case. The

1  Constitution provides no right to appointment of counsel in a civil case.  *See Lassiter v. Dept. of*
2  *Soc. Servs.*, 452 U.S. 18, 25 (1981).  Under 28 U.S.C. § 1915(e)(1), the court may appoint
3  counsel only under exceptional circumstances.  *Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir.
4  1991).  "A finding of exceptional circumstances requires an evaluation of both the likelihood of
5  success on the merits and the ability of the petitioner to articulate his claims *pro se* in light of the
6  complexity of the legal issues involved."  *Id*. (internal quotation marks and citation omitted).

7      The allegations in Plaintiff's complaint demonstrate he has sufficient writing ability and
8  legal knowledge to articulate his claim.  The facts and issues raised are not particularly complex.
9  At this early stage of the case, the likelihood of success on the merits is uncertain.  Based on the
10 foregoing, Plaintiff's request for appointment of counsel is **DENIED**.

11     **IT IS SO ORDERED.**

13 DATED:  September 3, 2009

14                                      M. James Lorenz
15                                       United States District Court Judge